# Notice Recipients

| | | |
|---|---|---|
| District/Off: 1086–7 | User: admin | Date Created: 12/07/2022 |
| Case: 22–80466 | Form ID: 318 | Total: 17 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr      WELLS FARGO BANK, N.A.
1931316      Method Bank

TOTAL: 2

**Recipients of Notice of Electronic Filing:**
ust      Office of the United States Trustee      USTPRegion20.TU.ECF@usdoj.gov
aty      Jerry D. Lundy      jerry@lundylawfirm.com
aty      Lesli Bailey Peterson      LOGSecf@logs.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Mai Kao Her      10838 S 250th E Ave      Broken Arrow, OK 74014
jdb      Chai Lor      10838 S 250th E Ave      Broken Arrow, OK 74014
tr      Charles Greenough      Charles Greenough, Trustee      2 W Second St Ste 1100      Tulsa, OK 74103
1931311      Arvest Bank      201 Ne A St      Bentonville, AR 72712
1931312      Bank Of Nd      700 E Main Ave      Bismarck, ND 58501
1931314      Capital One      P.O. Box 30285      Salt Lake City, UT 84130
1931313      Capital One      Po Box 31293      Salt Lake City, UT 84131
1931315      Jpmcb Card      Po Box 15369      Wilmington, DE 19850
1931317      Msu Federal Credit Uni      3777 West Rd      East Lansing, MI 48823
1931318      St. John Health System      P.O. Box 42008      Pheonix, AZ 85080–2008
1931319      Tab Services      2448 E 81st St Ste 4700      Tulsa, OK 74137
1931320      Wells Fargo Hm Mortgag      8480 Stagecoach Cir      Frederick, MD 21701

TOTAL: 12